UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.:  6:11-bk-15266-KSJ

    RICARDO RUIZ and
    LATANYA RUIZ

          Debtor(s).                          CHAPTER 13
_____/

   __X__  **Chapter 13 Plan**                   _____  **Amended Chapter 13 Plan**

       COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1 – 60   (November 2011 – October 2016) | $ 850.00 |

       The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103.  The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Kaufman, Englett & Lynd, PLLC | $2,500.00 | $ 500.00 | 1 – 5 |
| Monitoring Fee | | $ 50.00 | 7 – 60 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

### Secured Claims

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| SETERUS | | | OUTSIDE PLAN |
| SUNTRUST BANK | | | OUTSIDE PLAN |
| SUNTRUST BANK | | | OUTSIDE PLAN |

### Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

### Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

### Property to Be Surrendered:

| Creditor Name: | Property Description: |
|---|---|
| SETERUS | 2 Roseanne Place, Palm Coast, FL 32164 |
| BANK OF AMERICA | 2 Roseanne Place, Palm Coast, FL 32164 |

### Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

(motion to value must be filed consistent with plan treatment)

**Executory Contracts:**

The following Executory Contracts are assumed
Name of Creditor:         Description of Collateral:                    Month Numbers:

NONE

**The following Executory Contracts are rejected:**
Name of Creditor:                                    Description of Collateral:

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **59%**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 21st day of October, 2011.

/s/ _____
Debtor Signature

/s/ _____
Debtor Signature

/s/ Robert M. Baldwin, Esq.
Robert M. Baldwin, Esq.
Attorney for Debtors
Kaufman, Englett & Lynd, PLLC
111 N. Magnolia Ave. Suite 1500
Orlando, FL 32801
Telephone: 407.513.1900
Facsimile: 407.309.5900
Fla Bar No.: 40626

| Ruiz | | DUE DATE | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASE # | | 28th | | | 10.0% | | $ 2,500.00 | | $ 2,700.00 | | | | | | | |
| | | Unsecured | | Debtor Pmt | Tee Fee | | ATTY | | Monitor Fee | | Seterus | | Seterus | Bank of Am. | SunTrust | SunTrust |
| | 60 | | | | | | | | | | | | | | | |
| 11/28/2011 | 1 | $ 265.00 | | $ 850.00 | $ 85.00 | | $ 500.00 | | | | Outside Plan | | Surrender | Surrender | Outside Plan | Outside Plan |
| 12/28/2011 | 2 | $ 265.00 | | $ 850.00 | $ 85.00 | | $ 500.00 | | | | | | | | | |
| 1/28/2012 | 3 | $ 265.00 | | $ 850.00 | $ 85.00 | | $ 500.00 | | | | | | | | | |
| 2/28/2012 | 4 | $ 265.00 | | $ 850.00 | $ 85.00 | | $ 500.00 | | | | | | | | | |
| 3/28/2012 | 5 | $ 265.00 | | $ 850.00 | $ 85.00 | 5 at | $ 500.00 | | | | | | | | | |
| 4/28/2012 | 6 | $ 765.00 | | $ 850.00 | $ 85.00 | | | | | | | | | | | |
| 5/28/2012 | 7 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 6/28/2012 | 8 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 7/28/2012 | 9 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 8/28/2012 | 10 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 9/28/2012 | 11 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 10/28/2012 | 12 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 11/28/2012 | 13 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 12/28/2012 | 14 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 1/28/2013 | 15 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 2/28/2013 | 16 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 3/28/2013 | 17 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 4/28/2013 | 18 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 5/28/2013 | 19 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 6/28/2013 | 20 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 7/28/2013 | 21 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | 21 | | | |
| 8/28/2013 | 22 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 9/28/2013 | 23 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 10/28/2013 | 24 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 11/28/2013 | 25 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 12/28/2013 | 26 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 1/28/2014 | 27 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 2/28/2014 | 28 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 3/28/2014 | 29 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 4/28/2014 | 30 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 5/28/2014 | 31 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 6/28/2014 | 32 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 7/28/2014 | 33 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 8/28/2014 | 34 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 9/28/2014 | 35 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 10/28/2014 | 36 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 11/28/2014 | 37 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 12/28/2014 | 38 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 1/28/2015 | 39 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 2/28/2015 | 40 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 3/28/2015 | 41 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 4/28/2015 | 42 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 5/28/2015 | 43 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 6/28/2015 | 44 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 7/28/2015 | 45 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 8/28/2015 | 46 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 9/28/2015 | 47 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 10/28/2015 | 48 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 11/28/2015 | 49 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 12/28/2015 | 50 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 1/28/2016 | 51 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 2/28/2016 | 52 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 3/28/2016 | 53 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 4/28/2016 | 54 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 5/28/2016 | 55 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 6/28/2016 | 56 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 7/28/2016 | 57 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 8/28/2016 | 58 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 9/28/2016 | 59 | $ 715.00 | | $ 850.00 | $ 85.00 | | | | $ 50.00 | | | | | | | |
| 10/28/2016 | 60 | $ 715.00 | 60 at | $ 850.00 | $ 85.00 | | | 54 at | $ 50.00 | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Total | | $40,700.00 | | $ 51,000.00 | $ 5,100.00 | | $ 2,500.00 | | $ 2,700.00 | | $ - | | $ - | $ - | $ - | $ - |

```
Label Matrix for local noticing          United States Bankruptcy Court          Bank Of America
113A-6                                    135 West Central Boulevard Suite 950   Po Box 17054
Case 6:11-bk-15266-KSJ                    Orlando, FL 32801-2443                 Wilmington, DE 19850-7054
Middle District of Florida
Orlando
Fri Oct 21 14:18:06 EDT 2011

Bank Of The West                          Chela                                  Citifinancial
Attn: Bankruptcy                          Attn: Bankruptcy                       300 Saint Paul Pl
Po Box 8050                               Po Box 9500                            Baltimore, MD 21202-2120
Walnutcreek, CA 94596-8050                Wilkes-Barre, PA 18773-9500


(p)DELL FINANCIAL SERVICES                Dell Financial Services L.L.C.         Discover Bank
P O BOX 81577                             c/o Resurgent Capital Services         DB Servicing Corporation
AUSTIN TX 78708-1577                      PO Box 10390                           PO Box 3025
                                          Greenville, SC 29603-0390              New Albany, OH  43054-3025


(p)DISCOVER FINANCIAL SERVICES LLC        FIA CARD SERVICES, N.A.                Fia Csna
PO BOX 3025                               PO Box 15102                           Attn: Bankruptcy        WFNNB/acct.
NEW ALBANY OH 43054-3025                  Wilmington, DE 19886-5102              Po Box 182686
                                                                                 Columbus, OH 43218-2686


Flagler County Tax Collector - Suzanne Johns   Florida Department of Revenue     Gemb/dillards Dc
P.O. Box 846                              Bankruptcy Unit                        Attn: Bankruptcy
Bunnell FL 32110-0846                     Post Office Box 6668                   Po Box 103104
                                          Tallahassee FL 32314-6668              Roswell, GA 30076-9104


Hsbc/polars                               Internal Revenue Service               McIver Urlogical Clinic - Ic
Hsbc Card Services                        Post Office Box 7346                   PO BOX 830469
Po Box 5263                               Philadelphia PA 19101-7346             Birmingham, AL 35283-0469
Carol Stream, IL 60197-5263


Nco/inovision-medclr                      North Amercn                           Seterus
Attn: Bankruptcy                          2810 Walker Rd                         14523 Sw Millikan Way St
507 Prudential Rd                         Chattanooga, TN 37421-1082             Beaverton, OR 97005-2344
Horsham, PA 19044-2308


SunTrust Bank                             Suntrust Bk Central Fl                 Latanya T Ruiz
Attn:Support Services                     Po Box 4986                            5 Presidential Lane
PO BOX 85092                              Orlando, FL 32802-4986                 Palm Coast, FL 32164-7427
Richmond, VA 23285-5092


Laurie K Weatherford                      Ricardo Ruiz                           Robert M Baldwin
Post Office Box 3450                      5 Presidential Lane                    Kaufman, Englett & Lynd, PLLC
Winter Park, FL 32790-3450                Palm Coast, FL 32164-7427              111 N Magnolia Avenue
                                                                                 Suite 1500
                                                                                 Orlando, FL 32801-2367
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial Services
Attn: Bankruptcy Dept.
Po Box 81577
Austin, TX 78708

Discover Fin
Po Box 8003
Hilliard, OH 43026

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank Of America

End of Label Matrix
Mailable recipients    26
Bypassed recipients     1
Total                  27